■ MARIE LEWIS et al., Respondents, v HARISH SOOD, Appellant. [636 NYS2d 651] —Appeal by the defendant from an order of the Supreme Court, Nassau County (Davis, J.), dated August 1, 1995.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Davis at the Supreme Court. Sullivan, J. P., Thompson, Krausman and Florio, JJ., concur.